UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania insurance business corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DA XIONG PAN, an individual; YAN PING SU, an individual, and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-3223-JAK-JPR<br><br>**JUDGMENT**<br><br>JS-6 |

This action came before the Court on a Motion filed by Plaintiff Penn-Star Insurance Company for Default Judgment against Defendants Da Xiong Pan and Yan Ping Su. Pursuant to the October 2, 2017 Order granting Plaintiff's Motion for Default Judgment (Dkt. 32), IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff Penn-Star Insurance Company and against Defendants Da Xiong Pan and Yan Ping Su on Plaintiff's claim for rescission in Plaintiff's Complaint.

The Court DECLARES that Policy Number CPV0006966 issued by Plaintiff to Defendants Da Xiong Pan and Yan Ping Su is hereby rescinded and is declared to be null and void *ab initio*. Plaintiff Penn-Star Insurance Company owes no coverage to Defendants Da Xiong Pan and Yan Ping Su under Policy Number CPV0006966 and has

no duty to defend or indemnify any claims under the policy.

    Plaintiff shall also recover its costs of $599.33 from Defendants Da Xiong Pan and Yan Ping Su, for which they have joint and several liability.

**IT IS SO ORDERED.**

Dated: October 11, 2017

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE